# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced February 5, 2015

14-0882    IN RE FARMERS INSURANCE COMPANY WIND/HAIL STORM LITIGATION

Farmers is ordered to file, on or before Thursday, February 12, an exhibit showing the date of occurrence for each case and the county where the damage occurred.